IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-23-00442-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Prisons, et al., | |
| Defendants. | |

On June 4, 2024, Defendant United States of America filed a Motion to Dismiss for Lack of Jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. (Doc. 23.)[1]

## NOTICE — WARNING TO PLAINTIFF

A motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure will, if granted, end your case.

Plaintiff is advised of the following specific provisions of Rule 7.2 of the Local Rules of Civil Procedure ("LRCiv"), Rules of Practice of the U.S. District Court for the District of Arizona:

---

[1] On the same date, Plaintiff filed a Motion for Entry of Default Judgment. (Doc. 24.) In the Motion, Plaintiff avers that, under the prison mailbox rule, she submitted a service packet to the Clerk of Court on March 26, 2024. The United States must answer or otherwise respond to a complaint within 60 days after service on the United States Attorney. Fed. R. Civ. P. 12(a)(3). The docket reflects that the Summons and First Amended Complaint were received by the United States Attorney's Office on April 5, 2024 (Doc. 20) and by the Attorney General on April 15, 2024 (Doc. 21). The Court finds Defendant's Motion to Dismiss timely and will deny Plaintiff's Motion for Entry of Default Judgment.

Subparagraph (e) provides:

> (1) Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, may not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts.
>
> (2) Unless otherwise permitted by the Court, a reply including its supporting memorandum shall not exceed eleven (11) pages, exclusive of attachments.

Subparagraph (i) provides:

> If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the unrepresented party or counsel does not serve and file the required answering memoranda, of if the unrepresented party or counsel fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

**Plaintiff must timely respond to all motions. The failure of Plaintiff to respond to Defendant(s)' Motion to Dismiss may in the discretion of the Court be deemed a consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice pursuant to LRCiv 7.2(i).  *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (per curiam).**

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Entry of Default Judgment (Doc. 24) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **July 10, 2024** to file a response to Defendant's Motion to Dismiss.

**IT IS FURTHER ORDERED** that Defendant shall file any reply within **fifteen (15) days** from the date Plaintiff's response is filed.

. . . .

. . . .

**IT IS FURTHER ORDERED** that the Motion shall be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 10th day of June, 2024.

_____
Honorable Rosemary Márquez
United States District Judge