# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-23-00442-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Prisons, et al., | |
| Defendants. | |

Pending before the Court is Defendant's Motion for Extension of Time to File Response to Motion for Issuance of a Subpoena and Appointment of Counsel.  (Doc. 29.) Defendant avers that it did not receive notice of Plaintiff's Motion until June 20, 2024, and therefore requests that its Response, lodged on July 1, 2024, be deemed timely.

Good cause appearing,

**IT IS ORDERED** that the Motion for Extension of Time (Doc. 29) is **granted**, *nunc pro tunc*, such that Defendant's proposed Response is deemed timely.  The Clerk of Court shall file Defendant's proposed Response to Motion for Issuance of a Subpoena and Appointment of Counsel (lodged at Doc. 30).

Dated this 9th day of July, 2024.

Honorable Rosemary Márquez
United States District Judge