# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, <br><br>  Plaintiff, <br><br> v. <br><br> Federal Bureau of Prisons, et al., <br><br>  Defendants. | No. CV-23-00442-TUC-RM <br><br> **ORDER** |

Pursuant to a Stipulated Motion filed in District of Arizona case number 4:22-00298-RM,

**IT IS ORDERED** that the Clerk of Court shall **seal** Document 34 (Motion of Debra Pinson to Intervene), Document 34-1 (Declaration of Jeremy Pinson), Document 37 (Motion for Preliminary Injunction and Appointment of Counsel and Special Master), and Document 37-1 (Declaration of Jeremy Pinson).

Dated this 27th day of August, 2024.

Honorable Rosemary Márquez
United States District Judge