FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 27 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States District Court
District of Arizona

Jeremy Pinson,
　　Plaintiff,
v.
United States of America,
　　Defendants

No. 23-CV-00442-RM

## Motion to Amend to Correct Error

Comes now the Plaintiff pro se and seeks only to submit a supplemental signature page and certificate of service to amend Doc. 37.

Plaintiff learned upon receipt of defendants motion for an Extension (Doc. 42) that she had apparently accidentally forgotten to sign Doc. 37 or to date it. However, her mail log reflects it was mailed to the Court on 7-19-24. Plaintiff attaches the signature page of Doc. 37 and a Supplemental Certificate of Service as Attachments A and B hereto and humbly prays the Court will allow submission of these to fix the error in Doc. 37.

Alternatively plaintiff asks the Court Order the Clerk to return the original copy of Doc. 37 so she may sign, date and resubmit it to correct this clerical error. See: Haines v. Kerner; 404 U.S. 519, 520-21 (1972) (pro se filings entitled to liberal construction).

Wherefore, this motion should be Granted.

Jeremy Pinson