IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons, et al.,<br><br>　　　　　Defendants. | No. CV-23-00442-TUC-RM<br><br>**ORDER** |

　　　　Pending before the Court are Plaintiff's Motion for Leave to File Surreply (Doc. 48) and Motion to Amend to Correct Error (Doc. 50).[1]

　　　　In the Motion for Leave to File Surreply, Plaintiff seeks leave to file a Surreply to respond to a venue argument raised in Defendant's Reply in support of its Motion for Clarification. (Doc. 48.) Defendant opposes the Motion, arguing that Plaintiff has not shown good cause to file a surreply because Defendant's Reply in support of its Motion for Clarification did not present new substantive arguments but, rather, merely responded to an argument raised by Plaintiff in her Response. (Doc. 53.) Given that the issue of improper venue did not arise until the filing of Defendant's Reply, and in light of Plaintiff's pro se status, the Court will grant Plaintiff's Motion for Leave to File Surreply.

　　　　In her Motion to Amend to Correct Error, Plaintiff seeks leave to file a supplemental signature page and certificate of service that she avers she accidentally forgot to submit with her Motion for Preliminary Injunction and for Appointment of

---

[1] Other pending motions will be resolved separately.

Counsel and Special Master. (Doc. 50; *see also* Doc. 37.) In response, Defendant objects to Plaintiff's request to submit a certificate of service but states that it has no objection to Plaintiff amending her Motion for Preliminary Injunction to include the signature page attached to her Motion to Amend to Correct Error. (Doc. 51.)[2] The Court notes Defendant's averment that it has not received a mailed copy of Plaintiff's Motion for Preliminary Injunction (Doc. 51), but the Court will grant Plaintiff's Motion to Amend to Correct Error and will consider Plaintiff's supplemental signature page and certificate of service (Doc. 50-1) as an amendment to Plaintiff's Motion for Preliminary Injunction (Doc. 37).

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Surreply (Doc. 48) is **granted**. The Clerk of Court shall file Plaintiff's proposed Surreply (Doc. 48-2) as Plaintiff's Surreply to Defendant's Motion for Clarification (Doc. 36).

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend to Correct Error (Doc. 50) is **granted**. The Court will consider Plaintiff's supplemental signature page and certificate of service (Doc. 50-1) as an amendment to Plaintiff's Motion for Preliminary Injunction and for Appointment of Counsel and Special Master (Doc. 37).

Dated this 13th day of September, 2024.

_____
Honorable Rosemary Márquez
United States District Judge

---

[2] Defendant concedes that it was served with the Motion for Preliminary Injunction through the ECF system on July 30, 2024 (Docs. 42, 51), and it has responded to the Motion (Doc. 52).