GARY M. RESTAINO
United States Attorney
District of Arizona
KAITLIN S. HOLLYWOOD
Assistant U.S. Attorney
Arizona State Bar No. 030637
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: kaitlin.hollywood@usdoj.gov
*Attorneys for Defendant United States of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>　　　　　Defendant. | **CV 23-00442-TUC-RM**<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

Defendant United States of America, by and through undersigned counsel and pursuant to LRCiv. 40.2(d), hereby inform the Court that Plaintiff and Defendant have reached an agreement to resolve this matter, which is conditional upon approval by the United States Attorney General or his designee.

Respectfully submitted this 10th day of January, 2025.

　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　*s/Kaitlin S. Hollywood*
　　　　　　　　　　　　　　　　　　KAITLIN S. HOLLYWOOD
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*United States of America*

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. Additionally, I served the attached document by U.S. mail on the following, who is not a registered participant of the CM/ECF System:

Jeremy Pinson
Fed. Reg No. #16267-064
FCI El Reno
Federal Correctional Institution
P.O. Box 1500
El Reno, OK  73036
*Plaintiff Pro Se*

*s/ M. Parker*